# FISHMAN & MALLON, LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| James B. Fishman | 305 Broadway | Laurence H. Pearson |
| Kevin C. Mallon^ | Suite 900 | Of Counsel |
| Jennifer Addonizio Rozen* | New York NY 10007-1187 | |
| _____ | | |
| Susan K. Crumiller | | |
| Sameer S. Birring° | | |
| | (212) 897-5840 | |
| *Also admitted in MA | Facsimile:  (212) 897-5841 | |
| ^ Also admitted in CA | Sender's Direct Line: (212) 897-5856 | |
| ° Also admitted in TX | | |
| | birring@fmlawoffices.net | |
| | www.nyctenantslaw.com | |

December 2, 2014

Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    <u>Kulkarni v.Eltman, Eltman & Cooper, P.C.</u>, 14-cv-5447

Dear Judge Furman:

    The parties in this action have reached a preliminary settlement agreement to resolve this action in its entirety. The parties anticipate that they will finalize the settlement agreement within sixty days of this letter. Upon the finalization of the settlement, the parties will file a stipulation of dismissal with the Court.

                                     Respectfully submitted,

                                     Sameer S. Birring
                                     FISHMAN & MALLON, LLP
                                     Counsel for Plaintiff

cc:    Pushpa L. Piyatissa
       ELTMAN, ELTMAN & COOPER, P.C.
       Counsel for Defendant